**Order entered February 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00988-CR
No. 05-18-00989-CR
No. 05-18-00990-CR
No. 05-18-00991-CR

**ANDREW VASQUEZ JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56140-U, F17-56141-U, F18-10047-U & F18-10048-U**

## ORDER

Before the Court is appellant's February 22, 2019 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before March 26, 2019. We caution appellant that further extensions are disfavored.

/s/      LANA MYERS
            JUSTICE